**Order entered November 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00976-CV

**FRITZ MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**HUGE AMERICAN REAL ESTATE, INC., ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07578**

## ORDER

Before the Court is appellants' November 8, 2019 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **December 9, 2019**. We caution appellants that further extension requests will be disfavored.

/s/      BILL WHITEHILL
          JUSTICE